373 A.2d 456
**COMMONWEALTH of Pennsylvania**
v.
**William BARKSDALE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 1976.

Decided June 3, 1977.

Neil H. Stein, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Order affirmed.

JONES, former C. J., did not participate in the decision of this case.